UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **GALE E TERRY** | **CASE NO. 6:18-CV-01508** |
| **VERSUS** | **JUDGE JUNEAU** |
| **ACADIANA CONCERN FOR AIDS RELIEF EDUCATION AND SUP** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

Upon consideration of the Defendant's Objection to the Report and Recommendation of the Magistrate Judge previously filed herein recommending Defendant's Motion to Dismiss, Rec. Doc. [12], be denied, the Court having conducted an independent review of the record, adopts in part the Report and Recommendation.

The Court finds that the Defendant's Motion to Dismiss the Plaintiff's claims under La. R.S. 23:967, the Louisiana Whistleblower Act, should be granted as to Plaintiff's claims based on any reprisal concerning alleged violations of the federal HIPAA law.

The Court adopts all remaining reasons of the Report and Recommendation having determined that the findings and recommendations are correct under applicable law.

Accordingly,

**IT IS ORDERED** that the Motion to Dismiss filed by Defendant, Acadiana Concern for AIDS Relief and Support, Inc., is **GRANTED IN PART** and the Plaintiff's claims based on any reprisal concerning alleged HIPAA violations are hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss be **DENIED IN PART** as to all remaining claims.

**IT IS FURTHER ORDERED** that the oral argument previously scheduled for July 18, 2019 is hereby **CANCELED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 31st day of May, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE